Louisa Wu
Wu Law Group, P.C.
Attorney for the Plaintiff
38-08 Union St
Flushing, NY 11354
Phone: 718-473-9188
Fax 855-866-4321
Email: Info@wulawgroup.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE ZHANG, TIANCHONG SHENG<br><br>Plaintiffs,<br><br>vs<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES' CALIFORNIA SERVICE CENTER<br><br>Defendants | Case No.:<br><br>COMPLAINT |

## DESCRIPTION OF ACTION

1. This complaint is brought by Plaintiffs Yue Zhang and Tianchong Sheng against the Defendants to compel a decision on their Form I-829, Petition by Entrepreneur to Remove Conditions of Permanent Resident Status.

## JURISDICTION

2. This being a civil action against the United States arising under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., both laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiffs Yue Zhang, Tianchong Sheng, are citizens and natives of the People's Republic of China and conditional permanent residents of the United States. Their "USCIS alien numbers" are A065841103, and A065841104, respectively.

4. The defendant, United States Citizenship and Immigration Services (USCIS) is a federal agency charged with the authority to adjudicate Forms I-829. It resides in the District of Columbia and Maryland.

5. The defendant Director of the USCIS's California Service Center is the officer with immediate responsibility for the adjudication of plaintiffs' Forms I-829. She resides for official purposes within the central judicial district of California.

## BRIEF STATEMENT OF RELEVANT FACTS

9. On July 12, 2019, Yue Zhang filed upon her own behalf, as well as upon behalf of Tianchong Sheng, a Form I-829, **Petition by Investor to Remove Conditions on Permanent Resident.**

10. No action has been taken on any of these applications in the over two years since they were filed.

11. As of today, the plaintiffs' petitions remain under the jurisdiction of the defendants and are unadjudicated.

## CAUSES OF ACTION
## ACTION TO COMPEL AN OFFICER OR AGENCY OF THE UNITED STATES TO PERFORM HIS DUTY

12. The defendants are each agencies or officers of the United States.

13. The defendants each and all owe a duty to the Plaintiffs to adjudicate their forementioned petition within a reasonable period of time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

14. Further, 18 U.S.C. § 1571(b) provides that: “It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application….”

15. Accordingly, the over two-year period in which the plaintiffs’ Forms I-829 have been pending with the defendants is beyond that which these officers or employees reasonably require to adjudicate it.

16. This Court has authority under 28 U.S.C. § 1361 to compel an officer or agency of the United States to perform a duty owed to the Plaintiffs.

17. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

## **RELIEF REQUESTED**

WHEREFORE it is respectfully requested that the Court compel the Defendants to adjudicate plaintiffs’ Form I-829, Petition by Entrepreneur to Remove Conditions of Permanent Resident Status as soon as reasonably possible and, in any event, no later than 30 days.

Respectfully submitted, August 11, 2021.

/s/ *Louisa Wu*
Louisa Wu
Wu Law Group, P.C.
Attorney for the Plaintiff

38-08 Union St
Flushing, NY 11354
Phone: 718-473-9188
Fax 855-866-4321
Email: Info@wulawgroup.com

**/s/** *Arthur Minas*

Arthur Minas
Local Counsel for the Plaintiff
510 West 6th Street, Suite 200
Los Angeles, CA 90014
Tel (213) 347-0025
Fax (213) 623-2899
Arthur@wilawgroup.com