Louisa Wu
Wu Law Group, P.C.
38-08 Union Street
Flushing, NY 11354
Phone: 718-473-9188
Fax: 855-866-4321
Email: Info@wulawgroup.com

Attorneys for Plaintiffs

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
MATTHEW J. BARRAGAN (Cal. Bar No. 283883)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2444
Facsimile: (213) 894-7819
E-mail: matthew.barragan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUE ZHANG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | No. CV 21-06497-JVS(MARx)<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>Complaint served: August 27, 2021<br>Current response date: October 26, 2021<br>New response date: November 25, 2021<br><br>Honorable James V. Selna<br>United States District Judge |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that Defendants may have a thirty (30) day extension of time, from October 26, 2021, to November 25, 2021, to respond to the initial Complaint in this action in accordance with Local Civil Rule 8-3 of the Local Rules for the Central District of California.

Dated: October 20, 2021

WU LAW GROUP, P.C.

*/s/ Louisa Wu*
LOUISA WU

Attorneys for Plaintiffs

Dated: October 20, 2021

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Matthew J. Barragan*[*]
MATTHEW J. BARRAGAN
Assistant United States Attorneys

Attorneys for Defendants

[*] Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.